# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | Case No. 16-21230-KHT |
|---|---|
| Cassandra C Salazar, | (Chapter 13) |
| Debtor | **Honorable Judge Kimberley H. Tyson** |

## ORDER ACCEPTING TERMS OF STIPULATION

THE COURT, having reviewed the Stipulation to Resolve Motion for Relief from Stay and from Co-Debtor Stay and Motion for Acceptance of Stipulated Terms submitted by the parties, and being fully advised therein, hereby

ORDERS that the Motion is granted, and the terms of the Stipulation are approved and made an Order of this Court.

The Court does FURTHER ORDER that the continued preliminary hearing scheduled in this matter for November 21, 2017, at 1:30pm is VACATED.

DATED: November 20, 2017

_____
Bankruptcy Judge